UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK E. DEL PRETE,<br><br>    Plaintiff,<br><br>    v.<br><br>INDEPENDENCE BLUE CROSS, et al.,<br><br>    Defendants. | Case No.  14-cv-05538-EDL<br><br>**SETTING DEADLINE FOR SERVICE OF PROCESS AND CONTINUING CASE MANAGEMENT CONFERENCE** |

In advance of the case management conference set for March 17, 2015, Plaintiff has filed a case management statement stating that he has not yet served all defendants and requests that the case management conference be continued.  Good cause appearing, Plaintiff shall have until March 27, 2015 to serve all Defendants.  The case management conference is continued to May 19, 2015 at 10:00 a.m.  A joint case management statement shall be filed by May 12, 2015.

**IT IS SO ORDERED.**

Dated: March 11, 2015

_____
Elizabeth D. Laporte
United States Magistrate Judge